**ORIGINAL**

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for **Plaintiff**

FILED
Clerk
District Court

AUG -5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO, ) | CIVIL ACTION NO. 04-0033 |
| Plaintiff, ) | |
| vs. ) | PLAINTIFF'S EXPERT WITNESS DISCLOSURE |
| MASAYUKI ISODA aka ) MIKE ISODA, ) | |
| Defendant. ) | |

Pursuant to the Court's Case Management Scheduling Order entered on June 12, 2005, plaintiff submits herewith his expert witness.

**Expert Witness:**

Ponciano C. Rasa.

DATED this 5th day of August, 2005.

DOUGLAS F. CUSHNIE
Attorney for Plaintiff

BY /s/ Douglas F. Cushnie
DOUGLAS F. CUSHNIE