**ORIGINAL**

FILED
Clerk
District Court

OCT - 7 2005

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for   Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO, ) | CIVIL ACTION NO. 04-0033 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION FOR |
| vs. ) | CONTINUANCE OF |
| ) | SETTLEMENT |
| MASAYUKI ISODA aka ) | CONFERENCE/ORDER |
| MIKE ISODA, ) | |
| ) | DATE: NOVEMBER 17, 2005 |
| Defendant. ) | TIME: 9:00 A.M. |
| ) | JUDGE: ALEX R. MUNSON |

It is hereby stipulated by and between the parties hereto through their respective counsel that the settlement conference currently set for Thursday, November 17, 2005 at the hour of 9:00 o'clock a.m., is hereby rescheduled to Monday, November 14, 2005 at the hour of 9:00 o'clock a.m.

DOUGLAS F. CUSHNIE
Attorney for Plaintiff

RICHARD W. PIERCE
Attorney for Defendant

BY _____
   DOUGLAS F. CUSHNIE

BY _____
   RICHARD W. PIERCE

Dated: Oct. 4, 2005

Dated: 10/6/05

## ORDER

SO ORDERED this 7TH day of October, 2005.

_____
ALEX R. MUNSON
Judge