Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Defendant Masayuki Isoda

FILED
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

PEDRO R. DELEON GUERRERO,           )
                                     )   Civil Action No. 04-0033
            Plaintiff,               )
                                     )
    vs.                              )   **MOTION FOR SUMMARY**
                                     )   **JUDGMENT AND NOTICE OF**
MASAYUKI ISODA, aka,                 )   **MOTION**
                                     )
MIKE ISODA,                          )   Date:  November 10, 2005
            Defendant.               )   Time:  9:00 a.m.
_____)   Judge: Munson

Take notice that defendant Masayuki Isoda moves for summary judgment on Plaintiff's claims and Mr. Isoda's counterclaim, pursuant to Rule 56, Fed. R. Civ. P. This motion will be heard before the Court at the date and time referenced above.

The Motion is supported by a memorandum, a statement of undisputed facts, with exhibits, a declaration of Mr. Isoda, and other admissible material on file with Court.

Respectfully submitted this October 14, 2005.

By: _____
    RICHARD W. PIERCE
    Attorney for Masayuki Isoda