Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Defendant Masayuki Isoda

FILED
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MASAYUKI ISODA, aka,<br><br>MIKE ISODA,<br>　　　　Defendant. | Civil Action No. 04-0033<br><br>**DECLARATION OF MASAYUKI ISODA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　November 10, 2005<br>Time:　9:00 a.m.<br>Judge:　Munson |

I, Masayuki Isoda, declare as follows, based upon my personal knowledge:

1.　I am the Defendant in this action.

2.　I complied with all my obligations under the settlement agreement between Pedro R. Guerrero and me, which settlement agreement is Exhibit A to the Statement of Undisputed Facts, filed this date in this proceeding. Pursuant to the settlement agreement, I joined in the dismissal of two lawsuits, I paid over $170,000.00 to discharge the CDA mortgage on a loan in favour of the Guerrero Brothers, and I paid

Pedro R. Guerrero's lawyer as required by paragraph 7 of the settlement agreement (Ex. A).

3.  Pedro R. Guerrero and I never discussed retaining an appraiser to appraise the Garapan lots Nos. 001 D 51 and 001 D 52, pursuant to the settlement agreement, paragraph 4.

4.  Other than Pedro R. Guerrero, no one has ever complained to me about the physical condition of Garapan lots Nos. 001 D 51 and 001 D 52.

5.  I have received only one offer for an assignment or sublease of my leasehold interest to the Garapan lots Nos. 001 D 51 and 001 D 52. That offer is $120,000.00. That offer was made in the year 2005 and is acceptable to me.

I, Masayuki Isoda, declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed in Saipan, CNMI, this October 14, 2005.

_____
Masayuki Isoda

-2-