Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Defendant Masayuki Isoda

FILED
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO,<br>              Plaintiff,<br><br>vs.<br><br>MASAYUKI ISODA, aka,<br><br>MIKE ISODA,<br>              Defendant. | Civil Action No. 04-0033<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 10, 2005<br>Time: 9:00 a.m.<br>Judge: Munson |

Masayuki Isoda ("Isoda") presents the following undisputed facts:

1. Exhibit A, hereto, is a true copy of the lease agreement from Pedro R. Guerrero ("Guerrero") to Isoda that is the subject of this proceeding. *See* Complaint, Ex. B.

2. Exhibit B, hereto, is a true copy of the settlement agreement that is incorporated into Exhibit A. *See* Complaint, Ex. A.

3. Exhibit C, hereto, is a true copy of a letter sent by Guerrero to Isoda on May 10, 2004, and received by Isoda. *See* Complaint, Ex. C; Answer, ¶ 9.

4. Exhibit D, hereto, is a true copy of a letter sent by Isoda on June 7, 2004, to Guerrero and received by Mr. Guerrero. *See* Complaint, Ex. C; Guerrero Tr. 19.

-2-

5. Exhibit E, hereto, contains true copies of portions of the deposition transcripts of Isoda and Guerrero, referenced in this Statement of Undisputed Facts.

6. In the 1991 settlement (Ex. B.) of two cases in this Court, Guerrero had two options: 1) pay Isoda $350,000.00 within 90 days of settlement, or 2) lease Isoda land in Garapan, known as Lots No. 001 D 51 and 001 D 52. Guerrero did not pay the required sum, which was the agreed upon value for the lease, and he duly executed the 55-year lease (Ex. A.) to Isoda. Guerrero Tr. Guerrero Tr.22 li. 19 to 23, li. 5; Isoda Tr. 11 to 12.

7. From time to time since the 1991 settlement, Guerrero and Isoda tried to market the leasehold title to Lots No. 001 D 51 and 001 D 52. Only one firm offer was made. That offer was for $120,000.00. The offer is acceptable to Isoda but not to Guerrero. Guerrero Tr. 22, 26 to 35; Isoda Tr. 13 to 22; more particularly, Isoda Tr. 20, li. 7, to 21 li 10; Guerrero Tr. 22, li. 7 to li. 18; *see also* Isoda Tr. 16 li. 18 to 19 li. 24 (testifying about ongoing discussions for dormitory); Isoda Declaration, ¶ 5.

8. Guerrero and Isoda never agreed upon or even discussed hiring an appraiser pursuant to the Settlement (Ex. B., ¶ 4). *See* Isoda Declaration, ¶ 3; Guerrero Tr. 22, li. 24 to 25.

9. Guerrero believes that Isoda has fully paid the rent for Isoda lease to Lots No. 001 D 51 and 001 D 52. Guerrero Tr. 18, li. 12 to 19.

10. Isoda has complied with his obligations under the Settlement Agreement (Ex. B). Isoda Declaration, ¶ 2.

11. Isoda stopped clearing Lots No. 001 D 51 and 001 D 52 when MTDC ceased business, and he had no employees to use for that purpose. Isoda Tr. 23, li. 19 to 24, li. 24.

12. Isoda alleged allegedly told Guerrero at a chance meeting in a bar: "I may turn the property over to you, the economy is very bad." Guerrero Tr. 13, li. 23.

Respectfully submitted this October 14, 2005.

By: _____
RICHARD W. PIERCE
Attorney for Masayuki Isoda

I, Richard W. Pierce, declare under penalty of perjury, under the laws of the United States of America, that the exhibits and transcript copies attached to this Statement of Undisputed Facts are true copies of the originals.

Executed in Saipan, CNMI, this October 14, 2005.

_____
RICHARD W. PIERCE