Exhibit C

Pedro R. Guerrero
P.O. Box 500924
Saipan, MP 96950

MAILED
5/11/04 PRG

May 10, 2004

Masayuki Isoda
P.O. Box 3096
Saipan, MP 96950

    Re: Lots No. 001 D 51 & 001 D 52

Dear Mr. Isoda:

    On March 17, 1992 we entered into a lease agreement covering Lots 001 D 51 and 001 D 52. As you know, these two lots are located in Garapan, Saipan, CNMI. Since that time, I have heard nothing from you regarding these two properties. The lots have become overgrown with vegetation and trash has been deposited in the area. On occasion, I had to arrange to have the property cleaned since it has become both a health hazard and an eye sore. In light of this situation, existing over the past twelve years, it appears to me that you have abandoned the property.

    Under the terms of paragraph 19(a) if the lessee abandons the property the lessor may enter upon the property as well as terminate this lease. You are notified pursuant to the provisions of Section 19 of the lease that if your abandonment of the property continues for sixty days after this notice of default is given to you, I intend to renter the property and terminate this lease.

                                 Very truly yours,

                                 Pedro R. Guerrero


Exhibit "C"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) M. ISODA    C. Date of Delivery MAY 18 2004 |
| 1. Article Addressed to:<br><br>MASAYUKI ISODA<br>P.O. Box 3096<br>SAIPAN, MP 96950 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7002 0860 0008 5510 7238 |

PS Form 3811, August 2001        Domestic Return Receipt        2ACPRI-03-Z-0985