Exhibit D

RCVD
6/17/04

Masayuki Isoda
P.O.Box 503096
Saipan, MP 96950

June 7, 2004

Mr. Pedro R. Guerrero
P.O.Box 500924
Saipan, MP 96950

Re:  Lot No. 001 D 51 & 001 D 52

Dear Mr. Guerrero:

In response to your letter dated May 10, 2004, here I would like to confirm the position of the lease agreement.

As we have known, the economic condition in the CNMI has been suffered for so many years that I have not started to develop yet. However, I have no intention to abandon the property.

Presently I am under negotiation of new development. Whenever it comes to final stage, I would like to inform you so.

Sincerely,

Masayuki Isoda

| | | |
|---|---|---|
| 1 | Q | The Exhibits A, B and C and I want you to go to the last of |
| 2 | | Exhibit C which is the letter from Mr. Isoda to you, sir? |
| 3 | A | My letter to Mr. Isoda? |
| 4 | Q | Actually if you go to the last page? |
| 5 | A | Exhibit? |
| 6 | Q | C.  I think his letter back to you? |
| 7 | A | This is C? |
| 8 | | MR. PIERCE: Yes, sir. |
| 9 | A | Okay, the attachment of C, okay. |
| 10 | Q | Correct.  The last letter is his June 7, 2004 from Mr. |
| 11 | | Isoda to you, is that correct, sir? |
| 12 | A | Uh-huh. |
| 13 | Q | Now, in this letter he tells you he had no intention to |
| 14 | | abandon the property, is that correct, sir? |
| 15 | A | That's -- that's correct, but he did not, you know nu |
| 16 | | mention anything in response to what I requested him. |
| 17 | Q | Okay. |
| 18 | A | I did not, I did not asked him whether you abandon the |
| 19 | | property, I asked him to correct certain things that are nu |
| 20 | | governed under our agreement. |
| 21 | Q | Okay. |
| 22 | A | And that he did not do. |
| 23 | Q | Let's go back to your letter of June -- of May 10, 2004, |
| 24 | | please? |
| 25 | A | Yes. |

-19-