Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Defendant Masayuki Isoda

FILED
Clerk
District Court

OCT 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

PEDRO R. DELEON GUERRERO,      )
                                )   Civil Action No. 04-0033
            Plaintiff,          )
                                )   CERTIFICATE OF SERVICE
    vs.                         )
                                )
MASAYUKI ISODA, aka,            )
                                )
MIKE ISODA,                     )
            Defendant.          )
_____)

    I, Ma. Rita A. Maravilla, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP 96950. I hereby certify that I caused true and correct copies of

MOTION FOR SUMMARY JUDGMENT AND NOTICE OF MOTION

MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

DECLARATION OF MASAYUKI ISODA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

-1-

to be served upon Douglas F. Cushnie on the 14th day of October 2005 by hand delivery to the Law Office of Douglas F. Cushnie at Proas Lane, San Vicente, Saipan, Northern Mariana Islands.

Dated this 14th day of October 2005.

*[signature]*
Ma. Rita A. Maravilla