**ORIGINAL**

Clerk
District Court

OCT 27 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for    Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO, ) | CIVIL ACTION NO. 04-0033 |
| Plaintiff, ) | |
| vs. ) | |
| ) | CERTIFICATE OF COUNSEL |
| MASAYUKI ISODA aka ) | |
| MIKE ISODA, ) | |
| Defendant. ) | |

Douglas F. Cushnie hereby certify that attached to plaintiff's statement of facts are true and correct copies of defendant Isoda's deposition of pages 23, 15, 16, 17, 18, 19, 20, 21, 22, 23, 27 and 27 taken on June 21, 2005, as well as plaintiff's deposition of pages 14, 15, 9, 10, and 11 taken on June 20, 2005.

DATED this 27th day of October, 2005.

DOUGLAS F. CUSHNIE
Attorney for Plaintiff

BY _____/s/ Douglas F. Cushnie_____
DOUGLAS F. CUSHNIE