Case 1:04-cv-00033   Document 27   Filed 11/07/2005   Page 1 of 1

FILED
Clerk
District Court

NOV -7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO<br><br>Plaintiff,<br><br>vs.<br><br>MASAYUKI ISODA aka MIKE ISODA,<br><br>Defendant. | Civil Action No. 04-00033<br><br><br><u>Order Rescheduling Hearing Time</u> |

Douglas F. Cushnie  
Attorney at Law  
P.O. Box 5009049  
Saipan, MP 96950  

Richard W. Pierce  
Attorney at Law  
P.O. Box503514  
Saipan, MP 96950  

IT IS ORDERED that the Motion for Summary Judgment in the above case scheduled for Thursday, November 10, 2005, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

DATED THIS 7TH day of November, 2005.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 08/82)