Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Defendant Masayuki Isoda

F I L E D
Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

PEDRO R. DELEON GUERRERO, )
                          )    Civil Action No. 04-0033
        Plaintiff,        )
                          )    CERTIFICATE OF SERVICE
    vs.                   )
                          )
MASAYUKI ISODA, aka,      )
                          )
MIKE ISODA,               )
        Defendant.        )
_____)

I, Ma. Rita A. Maravilla, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP 96950. I hereby certify that I caused true and correct copies of the

**REPLY MEMORANDUM IN SUPPORT OF**

**MOTION FOR SUMMARY JUDGMENT**

to be served upon Douglas F. Cushnie on the 1st day of November 2005 by facsimile to (670) 234-9723 and by depositing copy of the same with the United States Postal Service

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

at Saipan, Northern Mariana Islands, postage prepaid addressed as follows: Douglas F. Cushnie, Esq., P.O. Box 500949, Saipan, MP 96950-0949.

Dated this 1st day of November 2005.

*[signature]*

Ma. Rita A. Maravilla