FILED
Clerk
District Court

NOV 1 0 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-04-0033                                      November 10, 2005
                                                8:30 a.m.

### PEDRO R. DELEON GUERRERO -vs- MASAYUKI ISODA

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Faye Crozat, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Douglas Cushnie, Attorney for Plaintiff
            Richard Pierce, Attorney for Defendant

PROCEEDINGS:   MOTION FOR SUMMARY JUDGMENT

Plaintiff was represented in court by Attorney Douglas Cushnie. Defendant was represented by Attorney Richard Pierce.

Attorney Pierce argued the motion for summary judgment. Attorney Cushnie argued on behalf of the Plaintiff.

Court, after hearing all argument, stated that the matter would be taken under advisement and that a written memorandum would be forthcoming.

Adjourned 8:50 a.m.

*/s/ K. Lynn Lemieux*
K. Lynn Lemieux, Courtroom Deputy