ORIGINAL

F I L E D
Clerk
District Court

1

Richard W. Pierce, Law Office
2   P.O. Box 503514
Saipan, MP 96950-3514
3   Telephone: (670) 235-3425
Facsimile: (670) 235-3427

NOV 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

4

Attorney for Defendant Masayuki Isoda
5

6           IN THE UNITED STATES DISTRICT COURT
7                        FOR THE
         COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
8

9   PEDRO R. DELEON GUERRERO,        )
10                    Plaintiff,     )      Civil Action No. 04-0033
                                     )
11        vs.                        )   DECLARATION OF COUNSEL IN
                                     )   SUPPORT OF DEFENDANT
12   MASAYUKI ISODA, aka,            )   MASAYUKI ISODA'S
                                     )   SUBMISSION OF ATTORNEY'S
13   MIKE ISODA,                     )   FEES AND COST
                      Defendant.     )
14   _____)

15

16        I, Richard W. Pierce, declare as follows:

17        1.    I am counsel for Defendant in this proceeding. The attached billings by
18   me reflect time and cost and fees for my representation of the Defendant related to this
19   proceeding. The attachments are true copies of the originals kept in electronic form on
20   the computers at my office and were prepared from contemporaneous time records and
21   invoices. The total billing thus far is $5,924.66. Attorney's fees total $5,618.66 and
22   Costs total $306.00.

24        2.    My hourly fee of $215.00 to the Defendant is reasonable in this
25   community and is comparative with attorneys of similar experience. I have been a
26   practicing attorney for about 25 years, and I have adequate trial experience.

27
28

-1-

3.    Throughout my representation of the Defendant, I was mindful of fees and costs because Defendant is not a person of wealth.  This is not a contingency fee case.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of the Northern Mariana Islands that the foregoing is true and correct and is based upon my personal knowledge.

Executed in Saipan, CNMI, this November 16, 2005.

RICHARD W. PIERCE

Law Office of Richard W. Pierce

P. O. Box 503514
Beach Road, San Jose Village
Saipan MP,  96950-3514

# Statement

| Date |
|------|
| 11/15/2005 |

| To: |
|-----|

Isoda, Mike

| Terms | Due Date | Amount Due |
|-------|----------|------------|
|  | 11/15/2005 | $215.00 |

| Date | Transaction | Amount | Balance | Rate | Quantity | Item |
|------|-------------|--------|---------|------|----------|------|
| 10/31/2004 | Balance forward | | 0.00 | | | |
| 11/17/2004 | Meet with client for one hour;  agree to take case for $215.00 per hour; $3000.00 on retainer. | 107.50 | 107.50 | 215.00 | 0.5 | Atty Time |
| 11/22/2004 | Meet with client and obtain $3,000.0 in trust and talk about domicile and residency; prepare answer and organize removal | 286.67 | 394.17 | 215.00 | 1.33333 | Atty Time |
| 11/26/2004 | Review answer and prepare notice of removal. | 161.25 | 555.42 | 215.00 | 0.75 | Atty Time |
| 11/27/2004 | Review removal papers and letter to client | 64.50 | 619.92 | 215.00 | 0.3 | Atty Time |
| 11/29/2004 | Filing Fee | 150.00 | 769.92 | 150.00 | 1 | Atty Time |
| 12/20/2004 | Prepare Initial Disclosure and case management document | 107.50 | 877.42 | 215.00 | 0.5 | Atty Time |
| 01/12/2005 | Case management conference and view site; Judge wants parties to sell | 143.33 | 1,020.75 | 215.00 | 0.66667 | Atty Time |
| 02/02/2005 | Meet with client over selling land. | 43.00 | 1,063.75 | 215.00 | 0.2 | Atty Time |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|---------------------|----------------------|----------------------|------------------------|------------|
| 215.00 | 0.00 | 0.00 | 0.00 | 0.00 | $215.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (670) 235-3425 | (670) 235-3427 | rwpierce@saipan.com |

Law Office of Richard W. Pierce

P. O. Box 503514
Beach Road, San Jose Village
Saipan MP,  96950-3514

# Statement

| Date |
|---|
| 11/15/2005 |

| To: |
|---|
| Isoda, Mike |

| Terms | Due Date | Amount Due |
|---|---|---|
| | 11/15/2005 | $215.00 |

| Date | Transaction | Amount | Balance | Rate | Quantity | Item |
|---|---|---|---|---|---|---|
| 05/02/2005 | Meet with client and complete interrogatory responses. | 347.58 | 1,411.33 | 215.00 | 1.61667 | Atty Time |
| 06/16/2005 | Conference with Mike to prepare for deposition | 232.92 | 1,644.25 | 215.00 | 1.08333 | Atty Time |
| 06/17/2005 | Research law and facts and message to Cushnie | 322.50 | 1,966.75 | 215.00 | 1.5 | Atty Time |
| 06/18/2005 | Prepare deposition questions | 64.50 | 2,031.25 | 215.00 | 0.3 | Atty Time |
| 06/20/2005 | Deposition of Mr. Guerrero | 240.08 | 2,271.33 | 215.00 | 1.11667 | Atty Time |
| 06/21/2005 | Mike Deposition | 250.83 | 2,522.16 | 215.00 | 1.16667 | Atty Time |
| 06/28/2005 | PMT - From Trust Account | -2,522.16 | 0.00 | | | |
| 10/11/2005 | work on summary judgment memorandum | 225.75 | 225.75 | 215.00 | 1.05 | Atty Time |
| 10/13/2005 | Research and work on memo | 1,343.75 | 1,569.50 | 215.00 | 6.25 | Atty Time |
| 10/14/2005 | Finalize memorandum and other papers to be filed today | 559.00 | 2,128.50 | 215.00 | 2.6 | Atty Time |
| 10/27/2005 | Read opposition brief | 43.00 | 2,171.50 | 215.00 | 0.2 | Atty Time |
| 11/01/2005 | Reply brief | 293.83 | 2,465.33 | 215.00 | 1.36667 | Atty Time |
| 11/03/2005 | Meet with client | 129.00 | 2,594.33 | 215.00 | 0.6 | Atty Time |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 215.00 | 0.00 | 0.00 | 0.00 | 0.00 | $215.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| (670) 235-3425 | (670) 235-3427 | rwpierce@saipan.com |

Law Office of Richard W. Pierce

P. O. Box 503514
Beach Road, San Jose Village
Saipan MP, 96950-3514

# Statement

| Date |
|------|
| 11/15/2005 |

| To: |
|-----|
| Isoda, Mike |

| Terms | Due Date | Amount Due |
|-------|----------|------------|
|       | 11/15/2005 | $215.00 |

| Date | Transaction | Amount | Balance | Rate | Quantity | Item |
|------|-------------|--------|---------|------|----------|------|
| 11/09/2005 | Prepare for argument | 215.00 | 2,809.33 | 215.00 | 1 | Atty Time |
| 11/10/2005 | Court hearing | 222.17 | 3,031.50 | 215.00 | 1.03333 | Atty Time |
| 11/11/2005 | PMT | -3,031.50 | 0.00 | | | |
| 11/14/2005 | Court hearing | 215.00 | 215.00 | 215.00 | 1 | Atty Time |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|------------------------|------------|
| 215.00 | 0.00 | 0.00 | 0.00 | 0.00 | $215.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (670) 235-3425 | (670) 235-3427 | rwpierce@saipan.com |

## Law Office of Richard W. Pierce

11/15/2005

Register: Client Trust Liability Isoda

From 01/01/2005 through 11/15/2005

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|------|--------|-------|---------|------|----------|---|----------|---------|
| 03/14/2005 | | | RW Pierce | VOID: Funds ... | | X | | 3,000.00 |
| 03/14/2005 | | | RW Pierce | VOID: Funds ... | | X | | 3,000.00 |
| 06/28/2005 | 1039 | Marianas Transcripti... | Trusts | Transcript of P... | | | 156.00 | 2,844.00 |
| 06/28/2005 | 1041 | Richard W. Pierce La... | Trusts | Statement 6.28.... | | | 2,522.16 | 321.84 |
| 11/10/2005 | | Office of RWPierce ... | Trusts | | 2,988.00 | | | 3,309.84 |
| 11/11/2005 | 1126 | Richard W. Pierce La... | Trusts | Statement 11.1... | | | 3,031.50 | 278.34 |
| 11/11/2005 | | Bank of Hawaii | Trusts | | | | 10.00 | 268.34 |