ORIGINAL

F I L E D
Clerk
District Court

NOV 23 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone:  (670) 235-3425
Facsimile:   (670) 235-3427

Attorney for Defendant Masayuki Isoda

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO,<br><br>                Plaintiff,<br><br>vs.<br><br>MASAYUKI ISODA, aka,<br><br>MIKE ISODA,<br>                Defendant. | Civil Action No. 04-0033<br><br>CERTIFICATE OF SERVICE |

I, Ma. Rita A. Maravilla, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP 96950. I hereby certify that I caused true and correct copies of the

**DEFENDANT MASAYUKI ISODA'S**

**SUBMISSION OF ATTORNEY'S FEES AND COST; and**

**DECLARATION OF COUNSEL IN SUPPORT OF**

**DEFENDANT MASAYUKI ISODA'S**

**SUBMISSION OF ATTORNEY'S FEES AND COST**

1  to be served upon Douglas F. Cushnie on the 22nd day of November 2005 by facsimile to
2  (670) 234-9723 and by depositing copy of the same with the United States Postal Service
3
4  at Saipan, Northern Mariana Islands, postage prepaid addressed as follows: Douglas F.
5  Cushnie, Esq., P.O. Box 500949, Saipan, MP 96950-0949.
6      Dated this 22nd day of November 2005.
7
8                                              *(signature)*
                                              Ma. Rita A. Maravilla
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28