FILED
Clerk
District Court

DEC 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO, ) | Civil No. 04-0033 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER AWARDING |
| ) | ATTORNEY'S FEES |
| MASAYUKI ISODA, also known as ) | AND COSTS |
| Mike Isoda, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

PURSUANT TO the court's order of November 15, 2005, finding defendant entitled to an award of attorney fees and costs as the prevailing party under paragraph 30 of the Ground Lease between the parties; NOW, THEREFORE,

The court, having reviewed the attorney's fees claimed, finds that the hourly rate charged by defendant's attorney is reasonable and appropriate in this community for an attorney of counsel's experience. The court further finds that the total hours

AO 72
(Rev. 8/82)

claimed appear to be reasonable, were necessarily expended in the litigation, and are reasonable for the results obtained.

Filing fees are recoverable costs under 28 U.S.C. § 1920. Deposition fees are also recoverable costs under the statute. The court is satisfied that the deposition appeared reasonably necessary at the time it was taken, Evanow v. M/V Neptune, 163 F.3d 1108, 1118 (9th Cir. 1998), and it was apparently used by both parties in the summary judgment motion. *See e.g.* Jop v. City of Hampton, VA, 163 FRD 486, 488 (E.D.Va. 1995) (whether the case goes to trial is irrelevant when ascertaining taxability of deposition costs). Accordingly,

IT IS ORDERED that defendant shall have judgment against plaintiff for attorney's fees in the amount of $5,618.66 and for costs pursuant to 28 U.S.C. § 1920 in the amount of $306.00.

DATED this 12th day of December, 2005.

_____
ALEX R. MUNSON
Judge