F I L E D
Clerk
District Court

DEC 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6890
FAX: (670) 234/9723

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PEDRO R. DELEON GUERRERO, ) | CIVIL ACTION NO. 04-0033 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STATEMENT OF ISSUES |
| ) | ON APPEAL |
| MASAYUKI ISODA aka ) | |
| MIKE ISODA, ) | |
| ) | |
| Defendant. ) | |

Pedro R. Deleon Guerrero, appellant herein, pursuant to Rule 10(b)(3) F.R.A.P. intends to raise the following issues on appeal:

1. That the court erred in granting summary judgment.

2. That the court determined material issues of fact.

3. That the court erred in applying applicable law.

DATED this 19th day of December, 2005.

DOUGLAS F. CUSHNIE
Attorney for Plaintiff

BY _____
DOUGLAS F. CUSHNIE