**FILED**

OCT 1 8 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

Clerk
District Court

OCT 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| PEDRO DELEON R. GUERRERO,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>MASAYUKI ISODA, also known as Mike Isoda,<br><br>      Defendant - Appellee. | No. 05-17448<br><br>D.C. No. CV-04-00033-ARM<br>District of the Northern Mariana Islands<br><br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

C. Lewis Ross
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 1 8 2006

by: _Ruben Talavera_
Deputy Clerk

S:\CASES\2005\05-17448\06-10-12-dis.wpd